ACCEPTED
01-15-00303-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
7/2/2015 11:42:19 AM
CHRISTOPHER PRINE
CLERK

### No. 01-15-00303-CR

## In the First Court of Appeals, Houston, Texas

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

7/2/2015 11:42:19 AM

CHRISTOPHER A. PRINE
Clerk

## CALVIN MCCOLLUM AKA GARY WYMORE
## Appellant

### v.

## THE STATE OF TEXAS
## Appellee

## Appellant's First Motion for

## Extension of Time to File Brief

Respectfully Submitted by:

Joseph Kyle Verret
THE LAW OFFICE OF KYLE VERRET, PLLC
Counsel for Appellant
TBN: 240429432
11200 Broadway, Suite 2743
Pearland, Texas 77584
Phone: 281-764-7071
Fax: 281-764-7071
Email: kyle@verretlaw.com

Submitted:
July 2, 2015

## No. 01-15-00303-CR

## In the First Court of Appeals,
## Houston, Texas

## CALVIN MCCOLLUM AKA GARY WYMORE
## Appellant

### v.

## THE STATE OF TEXAS
## Appellee

## Appellant's First Motion for

## Extension of Time to File Brief

Comes now, Appellant, by and through his undersigned counsel, in the above styled cause and moves this Honorable Court to extend the time for the filing of Appellant's Brief. Per Texas Rule of Appellate Procedure 10.5(b), Appellant provides the following:

**Current Deadline for Filing:** July 3, 2015

**Length of Extension Sought:** Thirty (30) Days

**Number of Previous Extensions Granted:** None.

**Basis for Extensions:**

Appellant's counsel is a solo practitioner with a busy criminal and juvenile defense caseload, which requires regular appearances in court on the part of counsel.

In the thirty days since the filing of the reporter's record in this matter,

Appellant counsel has prepared for trial on a third-degree felony kidnapping and second-degree felony robbery case in the Cause number of 14-CR-2251 and Cause number 14-CR-2252 in the 405th Judicial District Court in Galveston County, Texas.

Additionally, in the thirty days since the filling of the reporter's record, Counsel has prepared for an evidentiary hearing on a Motion for New Trial on a capital murder case in Cause number 73841, in the 239th Judicial District Court of Brazoria County held on the 1st day of July, 2015.

Also, Counsel was on family vacation for ten days during this 30-day period.

All facts recited in this motion are within the personal knowledge of the counsel signing this motion, therefore no verification is necessary under Rule of Appellate Procedure 10.2.

## PRAYER FOR RELIEF

For the reasons set forth above, Appellant requests that this Court grant this Appellant's First Motion to Extend Time to File Appellant's Brief and extend the Deadline for Filing the Appellant's Brief up to and including August 3, 2015.  Appellant prays all other relief to which he may be entitled.

Respectfully submitted,

/s/ Joseph Kyle Verret
Joseph Kyle Verret
THE LAW OFFICE OF KYLE VERRET, PLLC
Counsel for Appellant
TBN: 240429432
11200 Broadway, Suite 2743
Pearland, Texas 77584
Phone / Fax: 281-764-7071
Email: kyle@verretlaw.com

## Certificate of Service

I certify that a true and correct copy of the foregoing Appellant's First Motion for Extension of Time to File Brief was served on this 2nd day of July, 2015 on the Counsel for the Appellee, Rebecca Klaren, at the Galveston County Criminal District Attorney's Office by e-service through electronic filing.

/s/ Joseph Kyle Verret
Joseph Kyle Verret
TBN: 2402932